UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE YUQUILEMA *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

Liberty Foods Inc., 2249 Corp., 22 E 49th St. Food Corp.(d/b/a LIBERTY DELI), and SANJIV CHAND.

*Defendants.*

Civil Action No.:
13 CV 1364

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
May __, 2012

_____
Sanjiv Chand, Individually and as Owner and President of Liberty Foods Inc., 2249 Corp., 22 E 49th St. Food Corp.

*Defendants*

_____
Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd. St. Suite 2020
New York, NY 10165
Tel.: 212.317.1200

*Attorneys for Plaintiff*